**NOTE: CHANGES MADE BY COURT**

# JS-6

IN THE UNITED STATES DISTRICT

FOR THE CENTRAL COURT DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA AVINA, an individual, | Case No. 8:22-cv-01938-FWS-ADS |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [17]** |
| WAL-MART ASSOCIATES, INC., a Delaware corporation; and DOES 1 – 10, inclusive, | |
| Defendants. | |

///

///

///

    Having considered and reviewed the parties' Joint Stipulation for Dismissal with Prejudice [17] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

    The above-captioned action is **DISMISSED WITH PREJUDICE** in its entirety, including all claims and counterclaims against all parties, with each party to bear its own attorneys' fees and costs.

    **IT IS SO ORDERED**.

Dated: May 18, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE